[No. 13233-1-III.    Division Three.    March 30, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. BRUCE L. MILLER, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 92-1-00159-2, James R. Thomas, J., entered April 6, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 12862-8-III.    Division Three.    March 30, 1995.]

BLACK STAR RANCH, *Respondent*, v. WILLIAM M. ECKERICH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 85-2-00667-3, Stephen M. Brown, J., entered October 30, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 16798-1-II.    Division Two.    March 31, 1995.]

THE CITY OF FORKS, *Respondent*, v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 589, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-2-00443-0, Gary W. Velie, J., entered December 23, 1992. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Wiggins and Fleisher, JJ.